## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-03815-RMR-STV

WILLIAM D. EMERSON II,

     Plaintiff

v.

ALLIANCE FOR SUSTAINABLE ENERGY, LLC, a Delaware foreign limited liability company,

     Defendant.

---

## PLAINTIFF'S UNOPPOSED MOTION TO RESTRICT

---

Plaintiff William D. Emerson II, through counsel Sweeney & Bechtold, LLC, respectfully moves this Court pursuant to D.C.COLO.LCivR 7.2 to restrict public access to Exhibits K, N, O, R, T, U, V and W (filed at Docket Entries 43, 43-1, 43-2, 43-3, 43-5, 43-6, 43-7, and 43-8) and to unrestrict Exhibit S (filed at Docket Entry 43-4) to Plaintiff's Response to Defendant's Motion for Summary Judgment.  In support of this motion, Plaintiff states:

1.    **D.C.COLO.LCivR. 7.1 Certification:** Undersigned counsel has conferred with opposing counsel, who does not object to the relief sought in this motion.

2.    Plaintiff filed the following exhibits in support of his Response to Defendant's Motion for Summary Judgment at a Level 1 restriction on November 22, 2022:

        a.   Exhibit K (Doc 43), notes from interviews with two Alliance employees regarding Plaintiff's complaint of age discrimination;

b.  Exhibit N (Doc 43-1), a draft position elimination request memorandum, position elimination communication plan, and a cover e-mail, all of which discuss the terminations of Plaintiff and another Alliance employee;

c.  Exhibit O (Doc 43-2), another draft position elimination request and cover e-mail that discuss the terminations of Plaintiff and another Alliance employee;

d.  Exhibit R (Doc 43-3), a letter signed by a member of Defendant's executive leadership approving the involuntary separation of Plaintiff and another employee;

e.  Exhibit S (Doc 43-4), an employee qualifications document for Plaintiff;

f.  Exhibit T (Doc 43-5), a Leadership Review Board Approval that documents approval of the involuntary separation request for Plaintiff and another Alliance employee;

g.  Exhibit U (Doc 43-6), Defendant's Responses to Plaintiff's Third Set of Written Discovery Requests, which includes salary information for two current Alliance employees;

h.  Exhibit V (Doc 43-7), e-mail correspondence between Peter Hathaway and an Alliance recruiter regarding hiring for the IT Asset Management Analyst position, which includes the names, qualifications, and other sensitive information about several candidates for the position who are not parties to this case; and

i.  Exhibit W (Doc 43-8), Defendant's Responses to Plaintiff's Second Set of Written Discovery Requests, which includes salary information for a current

Alliance employee and contact information for two former Alliance employees.

3.      Exhibits K, N, O, R, T, U, V, and W implicate confidential information related to current and former employees, who have significant privacy interests in their personal information that outweigh the public's interest in access to the same.  The Court concluded that this reason constituted a clearly defined and serious injury sufficient to warrant restricting access to other documents in this case at Defendant's request.  (*See* Defendant's Motion to Restrict at Doc 38 and this Court's Order at Doc 39.) These exhibits cannot be redacted or otherwise altered without adversely diminishing their utility as exhibits.

4.      Upon further review, Exhibit S does not warrant Level 1 restriction, as it pertains only to Plaintiff and contains no sensitive medical, financial, or other information.  As such, it should be open to public inspection.

For the foregoing reasons, Plaintiff respectfully requests that, pursuant to D.C.COLO.LCivR 7.2, the Court issue an order that the documents filed at Docket Entries 43, 43-1, 43-2, 43-3, 43-5, 43-6, 43-7, and 43-8 remain subject to Level 1 restriction.  Plaintiff further requests that the document filed at Docket Entry 43-4 be unrestricted.

Dated: December 6, 2021.

By: SWEENEY & BECHTOLD, LLC

   *s/Ariel B. DeFazio*
   Charlotte N. Sweeney
   Ariel B. DeFazio
   650 S. Cherry St., Ste. 700
   Denver, CO 80246
   (303) 865-3733
   cnsweeney@sweeneybechtold.com
   abdefazio@sweeneybechtold.com

   ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that, on December 6, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

Ashley Jordaan
Ashley.Jordaan@huschblackwell.com

*Attorneys for Defendant*

*s/Ariel B. DeFazio*
Ariel B. DeFazio
