# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-03815-RMR-STV

WILLIAM D. EMERSON II,

    Plaintiff,

v.

ALLIANCE FOR SUSTAINABLE ENERGY, LLC,
a Delaware foreign limited liability company,

    Defendant.

## STIPULATION OF DISMISSAL OF CASE WITH PREJUDICE

    Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff William D. Emerson II and Defendant Alliance for Sustainable Energy, LLC hereby stipulate to the dismissal of this action in its entirety with prejudice with each party to bear his or its own costs and attorney fees.

    Respectfully submitted September 13, 2022.

| | |
|---|---|
| s/Ariel B. DeFazio | s/Ashley W. Jordaan |
| Ariel B. DeFazio | Ashley W. Jordaan |
| J. Bennett Lebsack | Owen M. Davis |
| Lowrey Parady Lebsack, LLC | Husch Blackwell LLP |
| 1490 Lafayette St., Ste. 304 | 1801 Wewatta St., Ste. 1000 |
| Denver, Colorado 80218 | Denver, Colorado 80202 |
| ariel@lowrey-parady.com | ashley.jordaan@huschblackwell.com |
| ben@lowrey-parady.com | owen.davis@huschblackwell.com |
| Telephone: (303) 593-2595 | Telephone: (303) 749-7200 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant Alliance for* |
| *William D. Emerson II* | *Sustainable Energy, LLC* |

Case No. 1:20-cv-03815-RMR-STV   Document 61   filed 09/13/22   USDC Colorado   pg 2 of 2

## CERTIFICATE OF SERVICE

       I hereby certify that on September 13, 2022, I electronically filed the foregoing with the Clerk of Court using the ECF system that will send notification of such filing to the following e-mail addresses:

Ashley W. Jordaan
Ashley.Jordaan@huschblackwell.com

Owen M. Davis
Owen.Davis@huschblackwell.com

*Attorneys for Defendant*

                                                                    s/Ariel B. DeFazio
                                                                    Ariel B. DeFazio